**Dr. Saeed MAHMOODIAN, Plaintiff–Appellant,**

v.

**Mansoureh PIRNIA; Daryoush Pirnia; Mehr Iran Publishing Company, Ltd., Defendants–Appellees.**

No. 12–1822.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

---

\* The parties consented to proceeding before a magistrate judge pursuant to 28 U.S.C. § 636 (2006).

Dale Reese Jensen, Zobrist Law Group, Charlottesville, Virginia, for Appellant. Mansoureh Pirnia, Daryoush Pirnia, Appellees pro se.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saeed Mahmoodian appeals from the district court's order granting him default judgment but limiting his relief to recovery of his costs of pursuing this action and a permanent injunction against Defendants' use of his copyrights.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mahmoodian v. Pirnia*, 2012 WL 4458165 (W.D.Va. June 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* Although the district court granted Mahmoodian's motion for default judgment, the court did not award Mahmoodian damages and injunctive relief to the full extent he requested.